# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2445
_____

NICHOLAS WHITEHEAD,

    Appellant,

    v.

JOHN POLISKNOWSKI, as the
Hospital Administrator of the
Florida State Hospital, and
SHEVAUN HARRIS, as Secretary
of the Department of Children
and Families,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

April 30, 2024


PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Nicholas Whitehead, pro se, Appellant.

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee, for Appellee Department of Children and Families.